UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOBBY J. JOHNSON, JR.,         ) | |
|                                ) | |
|     Plaintiff ,                ) | |
|                                ) | |
|     vs.                        ) | CAUSE NO.  1:08-cv-50-WTL-JMS |
|                                ) | |
| HIX WRECKER SERVICE, INC., et al., ) | |
|                                ) | |
|     Defendants.                ) | |

## ORDER ON MOTIONS TO STRIKE AND MOTION TO STAY

The dispositive motion deadline for the Defendants in this case was December 15, 2008. The Defendants filed a motion for partial summary judgment at the very last minute; the supporting brief and exhibits were filed a few minutes later, at 12:05 a.m. on December 16th. Plaintiff promptly filed a motion to strike the summary judgment motion as untimely. That motion is **denied**. The motion was timely, and while the brief and exhibits technically were not, missing a deadline by five-minutes rarely, if ever, is justification for striking a filing.

For reasons that are entirely unclear to the Court, on December 18, 2008, the Defendants filed a second, clearly untimely motion for summary judgment without first seeking leave to do so. Not surprisingly, the Plaintiff filed a motion to strike that motion as well. That motion is well-taken; missing a deadline by three days is quite different than being five minutes late. However, the issues raised by the Defendant's belated motion are legal issues that will have to be resolved by the Court at some point; therefore, the Court determines that the interests of justice are best served by allowing the belated motion and deciding the issues in that context, rather than at trial. Accordingly, the second motion to strike also is **denied**.

Finally, the Plaintiff has filed a motion to stay briefing of both motions due to the

pendency of the motions to strike and the fact that discovery has not yet been completed.  The motions to strike have now been resolved, and the Plaintiff failed to identify any discovery that would be relevant to the motions for summary judgment and also failed to comply with the requirements of Federal Rule of Civil Procedure 56(f), which is the proper vehicle for seeking an extension of time to respond to a summary judgment motion pending the completion of relevant discovery.  Accordingly, the motion to stay is **denied**.  The Plaintiff shall file his responses to both motions for summary judgment **within 21 days of the date of this Entry**.

     SO ORDERED:  02/12/2009

*William T. Lawrence*
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Russell William Pool
Douglas W. Pool & Associates
rpool@dwplegal.com,ecf2@cc500llc.com,ecf1@cc500llc.com,rpool@russhost.com

Ronald E. Weldy
WELDY & ASSOCIATES
weldy@weldylaw.com