**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| BOBBY J. JOHNSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  1:08-cv-0050-WTL-TAB |
| ) | |
| HIX WRECKER SERVICE, INC., JAMES ) | |
| HIX, OVA HIX, and GAIL NEAL, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO FILE DEFENDANT'S ADDITIONAL BRIEF REGARDING "VEHICLE WEIGHT" *INSTANTER*

Comes now Defendants, HIX WRECKER SERVICE, INC. ("HWS"), JAMES HIX, OVA HIX, and GAIL NEAL, by counsel, and moves the Court to file Defendants "Additional Briefing" regarding Plaintiff's "New" Argument and states the following:

1. That the by this Court's entry on May 31, 2012, the Additional Brief was due by June 20, 2012.

2. That reviewing the record in this matter took more time than counsel anticipated,

3. That upon review of some of the record, counsel had to order the transcript of this matter from the Court Reporter,

4. That upon receipt of the transcript, examining said transcript, relevant case and statutory law, took much longer than anticipated.

5. That collection of relevant exhibits further delayed this submission.

6. That the delay in submitting said Brief was not calculated to gain an advantage.

WHEREFORE, Defendants pray that the Court accept Defendants' Additional Brief *Instanter*, and for all other just relief.

Respectfully submitted,

June 25, 2012                                 By:    s/ Russell W. Pool
Date                                                        Signature

Russell W. Pool,   Attorney No. 25055-49
Douglas W. Pool & Associates
Tel.     (317) 713-9200
Fax.    (317) 713-9210
E-mail:  rpool@dwplegal.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on this 25th day of June, 2012.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Ronald E. Weldy
Weldy & Associates
8383 Craig St., STE 330
Indianapolis, IN 46250
E-mail: weldy@weldylaw.com

June 25, 2012                                            s/ Russell W. Pool
Date                                                        Signature

Russell W. Pool   Attorney No. 25055-49
Douglas W. Pool & Associates