IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOBBY J. JOHNSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:08-cv-050-WTL-TAB |
| ) | |
| HIX WRECKER SERVICE, INC., JAMES ) | |
| HIX, OVA HIX, and GAIL NEAL, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STRIKE EVIDENCE SUBMITTED AFTER TRIAL

Comes now Plaintiff, Bobby J. Johnson, Jr., by counsel, moves the Court to strike the alleged evidence submitted by Defendants following the trial of this matter, and states as follows:

1. On March 23, 2012, this Court held a bench trial concerning liability in this matter. *See* (Doc. #144).

2. On May 31, 2012, this Court gave Defendants the opportunity to provide additional arguments regarding the application of the MCA exemption in this matter. *See* (Doc. #150).

3. The Court did not provide Defendants with the opportunity to submit additional evidence to support these additional arguments. *See* (Doc. #150).

4. On June 25, 2012, Defendants submitted their additional arguments and alleged evidence to support these arguments. *See* (Doc. #154 and #154-1).

5. Accordingly, the alleged evidence (Doc. #154-1) submitted by Defendant is unauthorized and should be struck.

6. Under no circumstances can Defendants be permitted to put into evidence new documentation that was not submitted at trial on a matter in which Defendants unquestionably had the burden of proof.

7. Moreover, as admitted by Defendants, the alleged evidence is not relevant to this matter and should be struck because it is from a truck that was purchased two (2) months after the employment of Mr. Johnson had terminated. Thus, it is not evidence from a truck actually driven by Mr. Johnson.

8. Finally, the alleged evidence is not admissible and should be struck because it has not been substantiated by testimony; rather, we have only the word of counsel for Defendant that the evidence applies to the trucks driven by Mr. Johnson.

9. Justice requires that the unauthorized, irrelevant and inadmissible, alleged evidence (Doc. #154-1) should be struck.

WHEREFORE, Plaintiff prays that the Court grant his Motion and strike Defendants' alleged evidence (Doc. #154-1) and reference to this evidence in the brief (Doc. #154), and for all other relief the Court deems just and appropriate in the premises.

    Respectfully submitted,

    WELDY & ASSOCIATES

    s/Ronald E. Weldy
    Ronald E. Weldy
    Attorney for Plaintiff,
    Bobby J. Johnson, Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been sent electronically on this 16th day of July, 2012 to the following:

Russell W. Pool
rpool@dwplegal.com

                                        s/Ronald E. Weldy
                                        Ronald E. Weldy
                                        Weldy & Associates
                                        8383 Craig Street
                                        Suite 330
                                        Indianapolis, IN 46250
                                        Tel: (317)842-6600
                                        Fax: (317)842-6933
                                        E-mail: weldy@weldylaw.com