# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **BOBBY J. JOHNSON, JR.,** | ) | |
| | ) | |
| **Plaintiff ,** | ) | |
| | ) | |
| **vs.** | ) | **CAUSE NO.  1:08-cv-50-WTL-TAB** |
| | ) | |
| **HIX WRECKER SERVICE, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY ON MOTION TO CONTINUE

This cause is before the Court on the Plaintiff's motion to continue the bench trial set for September 10, 2012.  Inasmuch as the Defendants have no objection to the Plaintiff's request and the Court's calendar is able to accommodate it, the motion is **GRANTED**.  The continuation of the liability phase of the bench trial is reset for **Thursday, September 13, 2012, at 2:30 p.m.**

SO ORDERED:   09/07/2012

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification